IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10635
Conference Calendar
_____


DON VENABLE,

Plaintiff-Appellant,

and

RICHARD FINLAN,

Plaintiff,

versus

ROBERT L. JOHNSTON, DENNIS J.
EICHELBAUM, SCHWARTZ & EICHELBAUM,
PC

Defendants - Appellees,

and

DAVID STROBEL

Defendant.


- - - - - - - - - -
Appeal from the United States District Court
for the ern District of
USDC No. 3:94-CV-2294-H
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Don Venable appeals from summary judgment in favor of the
defendants in a civil rights action.  He argues that he was

---

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

deprived of his First Amendment right of "access to information." We have reviewed the record and the district court's opinion and find no reversible error.  The appeal is without arguable merit and thus frivolous.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  5th Cir. R. 42.2.

APPEAL DISMISSED.